1  David R. Markham (SBN 071814)
   *dmarkham@markham-law.com*
2  Maggie Realin (SBN 263639)
   *mrealin@markham-law.com*
3  Lisa Brevard (SBN 323391)
   *lbrevard@markham-law.com*
4  **THE MARKHAM LAW FIRM**
5  888 Prospect Street, Ste. 200
   La Jolla, CA 92037
6  Tel.: (619) 399-3995 Fax: (619) 615-2067
7  Attorneys for Plaintiffs on behalf of themselves
   and all others similarly situated
8  *[Additional Counsel Listed on Next Page]*

9                **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  DEREK STEWART, an individual, JAVONTE WILLIAMS, an individual, on behalf of themselves and all others similarly situated, | **CASE NO.: 3:22-CV-04919-AMO** <br> **CLASS, COLLECTIVE AND PAGA REPRESENTATIVE ACTION** |
| 13 | |
| 14                    Plaintiffs, | **PLAINTIFFS' NOTICE OF [UNOPPOSED] MOTION FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| 15        v. | |
| 16  DEL MONTE FOODS, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| 17 | Date:    January 4, 2024 <br> Time:    2:00 p.m. |
| 18                    Defendant. | |
| 19 | District Judge: Hon. Araceli Martinez-Olguin |
| 20 | Complaint Filed: August 29, 2022 <br> FAC Filed:  November 3, 2022 <br> Trial Date: February 3, 2025 |
| 21 | |

22

23

24

25

26

27

28

1  Walter Haines (SBN 071075)
   *whaines@uelglaw.com*
2  **UNITED EMPLOYEES LAW GROUP**
3  5500 Bolsa Avenue, Suite 203
   Huntington Beach, CA 92649
4  Tel.: 888.474.7242; Fax: 562.256.1006

5  Attorneys for Plaintiffs on behalf of themselves
   and all others similarly situated

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

*Stewart et al. v. Del Monte Foods, Inc.,* Case No. 3:22-cv-04919-AMO
Plaintiffs' Notice of Motion for an Order Granting Preliminary Approval of Class Action
Settlement

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 4, 2024, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10 of the United States District Court for the Northern District of California, located at the 450 Golden Gate Ave., San Francisco, California, before the Honorable Araceli Martinez-Olguin, pursuant to Fed. R. Civ. P. 23(e) and (g), Plaintiffs Derek Stewart and Javonte Williams, on behalf of themselves and a putative settlement class defined as:

> All current and former non-exempt production personnel of Del Monte, Inc. ("Defendant" or "Del Monte") in California between August 29, 2018 through the earlier of the date of the order granting preliminary approval or November 26, 2023, or a date prior of Defendant's choosing as set forth in paragraph 9 of the Settlement Agreement (the "Class Period").

will and does hereby respectfully move this Court for entry of an Order:

1. Preliminarily approving the settlement as fair, adequate, and reasonable based upon the terms set forth in the Parties' Class Action and PAGA Settlement Agreement and Class Notice ("Settlement Agreement"), including payment by Del Monte Foods, Inc. ("Defendant") of the non-reversionary Gross Settlement Amount of $2,000,000.00, plus employer payroll taxes, for a Class of approximately 4,573 non-exempt production employees of Del Monte, Inc.;

2. Conditionally certifying the proposed Class for settlement purposes, and appointing both class counsel and representative plaintiff status;

3. Appointing Simpluris, Inc. as settlement administrator;

4. Directing that the Class be given notice of the settlement in the form of the proposed notice agreed to by the Parties, which is Exhibit A to the Settlement Agreement, and;

5. Scheduling a hearing to consider final approval of the settlement, entry of a proposed final judgment, and to consider Class Counsel's application for an award of attorneys' fees and reimbursement of costs and expenses, as well as Class Representatives' Service Payments.

This motion is based upon the supporting Memorandum of Points and Authorities, the

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declarations of David R. Markham, Walter L. Haines, Eric Springer of Simpluris, Inc., Derek Stewart, and Javonte Williams, the Settlement Agreement and proposed Class Notice, proposed order, and all other pleadings and papers on file in the above-captioned action, and on such oral and documentary evidence and argument as may be presented at the time of hearing. Plaintiffs request to appear at the Hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement remotely via video. Plaintiffs make this request for good cause as Plaintiffs' counsel are located in San Diego, California.

DATED: December 4, 2023                    **THE MARKHAM LAW FIRM**

                                           __/s/ David R. Markham_____
                                           David R. Markham
                                           Maggie Realin
                                           Lisa Brevard
                                           *Attorneys for Plaintiffs and all others*
                                           *similarly situated*

*Stewart et al. v. Del Monte Foods, Inc.,* Case No. 3:22-cv-04919-AMO
Plaintiffs' Notice of Motion for an Order Granting Preliminary Approval of Class Action Settlement