David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
Lisa Brevard (SBN 323391)
*lbrevard@markham-law.com*
**THE MARKHAM LAW FIRM**
888 Prospect Street, Ste. 200
La Jolla, CA 92037
Telephone: (619) 399-3995
Facsimile: (619) 615-2067

Attorneys for Plaintiffs on behalf of themselves
and all others similarly situated
*[Additional Counsel Listed on Next Page]*

Spencer C. Skeen (CA Bar No. 182216)
*spencer.skeen@ogletree.com*
Nikolas T. Djordjevski (CA Bar No. 294728)
*nikolas.djordjevski@ogletree.com*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
4660 La Jolla Village Drive, Suite 900
San Diego, CA 92122
Tel.: 858-652-3100; Fax: 858-652-3101

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK STEWART, an individual, JAVONTE WILLIAMS, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEL MONTE FOODS, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 3:22-CV-04919-AMO<br><br>District Judge: Hon. Araceli Martinez-Olguin<br><br>**DECLARATION OF ERIC SPRINGER ON BEHALF OF SIMPLURIS, INC. (PROPOSED SETTLEMENT ADMINISTRATOR)**<br><br>Complaint Filed: August 29, 2022<br>FAC Filed: November 3, 2022<br>Trial Date: February 3, 2025 |

DECLARATION OF ERIC SPRINGER ON BEHALF OF SIMPLURIS, INC. (PROPOSED SETTLEMENT ADMINISTRATOR)

Walter Haines (SBN 071075)
*whaines@uelglaw.com*
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Tel.: 888.474.7242; Fax: 562.256.1006

Attorneys for Plaintiffs on behalf of themselves
and all others similarly situated

## DECLARATION OF ERIC SPRINGER

I, ERIC SPRINGER, declare as follows:

1. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so competently under oath.

2. I am employed by Simpluris, Inc. ("Simpluris"), as the Director of Client Services for Simpluris Inc., ("Simpluris"). I am over 18 years of age and authorized to make this declaration on behalf of Simpluris and myself, and make this declaration based upon my own personal knowledge.

3. I personally have over thirteen (13) years of experience in claims management and administration of class and collective action matters.

4. Simpluris has never had any financial interests in nor affiliation with the parties or counsel in this matter.

## SIMPLURIS BACKGROUND AND EXPERIENCE

5. Simpluris has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. Simpluris specializes in pre-settlement consultation, data management, legal notification, call center support, claims processing and tax reporting.

6. We have provided notification and/or claims administration services in more than 8,000 cases. Over the past fifteen (15) years, Simpluris has handled approximately $7 billion in settlements. A true and correct copy of Simpluris' company resume ("Simpluris Resume") is attached as **Exhibit A.**

7. Simpluris is committed to the security of not only our data and information but the Parties' data and information as well. A true and correct copy of our SOC 2 Compliance demonstrating our commitment to security is attached to our bid on **Exhibit B**. Additionally, Simpluris maintains insurance coverage in the amount of $3,000,000 for Errors and Omissions.

# NOTICE PLAN

8. Simpluris has been selected by counsel to serve as the class action Settlement Administrator for this case. In this capacity, Simpluris will be charged with, among other responsibilities: (a) establishing and maintaining a fund for Class Members; (b) calculating all amounts due to each Class Member pursuant to the Settlement; (c) processing checks and mailing payments to Class Members; (d) preparing, processing, and filing all applicable tax forms and tax returns; (e) establishing and maintaining a calendar of administrative deadlines and responsibilities; (f) printing and mailing by First-Class Mail the Notice of Pendency of a Class Action Settlement ("Notice of Settlement") to Class Members in English and Spanish; (g) conducting a National Change of Address ("NCOA") database search prior to mailing the Notice of Settlement to Class Members and performing a skip-trace on any Notice of Settlement returned as Undeliverable; (h) receiving and validating written requests to be excluded from the Settlement ("Requests for Exclusion"), and disputes regarding the number of workweeks or pay periods that a Class Member worked for Defendant; (i) providing weekly reports to counsel; and (j) establishing and maintaining an informational settlement website; (k) performing any other tasks necessary to carry out its responsibilities as set forth in the Settlement, as the Parties mutually agree, or as the Court orders Simpluris to perform.

9. Simpluris will use information from counsel for Defendant to mail the Notice of Settlement and settlement checks, e.g., spreadsheets of the Class Members' names, last known address, last known telephone number, and dates of employment ("Employee List").

10. Simpluris will process and update the mailing addresses contained in the Employee List utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In the event that any individual filed a U.S. Postal Service change of address request, Simpluris will update the mailing address listed in the Employee List and Information with the mailing address obtained though the NCOA and use the updated address in connection with the

mailing of the Notice of Settlement. Upon approval from the Court, Simpluris will mail the Notices of Settlement via First Class mail, postage prepaid.

11. Any Notice of Settlement returned to Simpluris as non-delivered on or before the Response Deadline shall be re-mailed to the forwarding address affixed thereto. If a Class Member's Notice of Settlement is returned by the USPS as undeliverable and without a forwarding address, Simpluris will perform an advanced address search (i.e., skip trace) on the Class Member, using the Class Member's name and previous address to locate a current mailing address. Through the advanced address searches (i.e., skip-trace), Simpluris will promptly re-mail any undeliverable Notices to those updated addresses.

## **SETTLEMENT WEBSITE**

12. Simpluris will create a dedicated settlement website, www.DelMonteFoodsSettlment.com, established for the purposes of disseminating the Notice of Class Certification with the contents of the Court-approved Notice and Exclusion Form.

## **TOLL FREE TELEPHONE HELPLINE**

13. A toll-free telephone number will be included in the Class Notice for the purpose of allowing the Class Members to call Simpluris and to make inquiries regarding the Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement process. The toll-free telephone number included in the Class Notice will be 1-888-369-3780.

14. In addition to the above-referenced duties, Simpluris is committed to performing any other tasks necessary to carry out its responsibilities as set forth in the Settlement, as the Parties mutually agree, or as the Court orders Simpluris to perform.

15. This Administration project has a fixed rate of $31,270.00, which includes costs associated with mailing the Notice Packet. If the scope of work increases or decreases significantly, Simpluris will inform the parties and request approval of an adjustment, whether

5
DECLARATION OF ERIC SPRINGER ON BEHALF OF SIMPLURIS, INC. (PROPOSED SETTLEMENT ADMINISTRATOR

increased or decreased respectively, to the capped costs. Attached hereto as **Exhibit C** is a true and correct copy of Simpluris' bid for administering this matter which includes how the fee was calculated based on an itemized breakdown of the tasks as set forth in the bid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this Declaration was executed this 19th day of October, 2023, in Melbourne, Florida.

*Eric Springer*
Eric Springer

# EXHIBIT A



# Corporate Resume

> Simpluris, an award winning claims administrator, has administered over 9,000 matters, managed over $8 billion in settlement funds, and provided its services for over 15 years. Our beginning-to-end services include complete project management, mailings & notification campaigns, contact center, legal intake, data management, disbursements & tax reporting, among others.

## Services

### Class Action Administration

Simpluris class action and claims administration offers comprehensive settlement planning, execution, and reporting. When you bring a case to Simpluris, our team reviews each matter independently. Our subject matter experts leverage their experience to develop a settlement framework designed to meet the unique aspects of your matter. We take a consultative approach to address your challenges and support preliminary hearing preparation.

### Mass Arbitration Administration

Simpluris can provide the technology and operational fulfillment resources needed to manage mass arbitrations from intake to payment in a cost-effective and efficient manner. At Simpluris, we pride ourselves on having an average of 93.5% signed releases. We have experience administering some of the largest mass arbitration cases, including Uber, Lyft, Instacart, Grubhub, Postmates, and DoorDash. Simpluris delivers solutions for matters of any size and complexity.

### Regulatory Remediation

Whether internally initiated or formally required by a consent order, Simpluris aids respondents in meeting critical obligations and deadlines. Simpluris is prepared to plan and execute remediation actions tailored to your institution's size and needs. As a third-party administrator, we understand the importance of swift remediation and provide "white glove" customer service from planning, to execution, through final reporting.

### Legal Corporate Services

Simpluris' services scale and adapt to meet our client's challenges. We excel at comprehensive settlement administration and remediation; however, we understand that our client's needs include a combination of many legal corporate services. No matter how simple or complex, we ask you to bring us your unique challenges so we may develop a custom solution to fit your needs.

##  Data Security

Simpluris is committed to the security and overall protection of its customer's data and information. We maintain SOC 1 and SOC 2 certification which requires us to adhere to strict policies and procedures surrounding information security including processing and storage of confidential customer data. Simpluris has and maintains a comprehensive, written Information Security Program that complies with all applicable laws and regulations (e.g. HIPAA, Gramm-Leach-Bliley Act, MA 201 CMR 17.00).

##  Executive Team

Simpluris' history is rooted in class action settlement administration and our management team's experiences are vast and diverse. The Simpluris executive leadership team boasts more than 100 years of experience in corporate, financial and legal administration, including:

- Executive management of the largest legal administration operation in the world that produced 200+ million notifications, 10+ million claims and $5+ billion funds disbursed per year on average.

- A few of the most notable matters our leadership team has presided over include the largest data breach responses, corporate restructures and antitrust settlement administrations in US history.

- Oversight of the largest consent orders handed down from OCC, DOJ, CFPB & FTC over the last decade.

- Fostering hundreds of client relationships with the premier government entities, law firms and financial institutions in the world.

The Simpluris executive team - Kevin Lee, President, COO; Doug Norman, CFO; Zach Hoffman, Founder, CTO; Patrick Ivie, CSE; Wes Alford, SVP; and Paul Saroj, SVP - are experienced industry experts. Leveraging our past experiences, Simpluris is prepared to handle matters of every scope and scale.

##  Technology

From Simpluris' inception, our founders had a vision to develop a single comprehensive platform, purpose-built to serve the legal administration industry. Today, our proprietary technology platform, named Cadence, increases data security, mitigates errors caused by siloed databases, and speeds processes by improving transparency and collaboration between departments. Cadence is an innovative and evolving administration engine that sets our case management apart from all other legal administrators. From data ingestion, noticing, and claims processing, through disbursement, taxation, and final reporting, our project management processes are conducted inside Cadence. We see the future of legal tech evolving and are continuously developing our solutions to meet the administration needs of tomorrow.

##  Client Service

The Simpluris administration team is best known for their dedication to delivering premium service. When you partner with Simpluris, you work alongside a dedicated client service representative. This Simpluris team member will guide you through the settlement life cycle. Your client service representative is your administration conductor, adjusting the tempo as your case progresses. With a comprehensive view of your matter, your client service representative can respond swiftly to changes in your case, proactively notify you of upcoming milestones, and most importantly, be accountable for the successful completion of your matter.

Our team is available any time of day with offices across the nation, including two corporate hubs in **Costa Mesa, CA and Orlando, FL.**





(800) 779–2104
3194-C Airport Loop Dr., Costa Mesa, CA 92626
simpluris.com

# EXHIBIT B




## Simpluris Security Summary – White Paper

Simpluris is committed to the security and overall protection of not only our data and information but our client's data and information, as well. As a demonstration of our commitment, we maintain SOC 2 Certification which requires strict adherence to policies and procedures surrounding information security, including processing and storage of confidential customer data. Simpluris supports a comprehensive, written Information Security Program that complies with all applicable laws and regulations (e.g. HIPAA, Gramm-Leach-Bliley Act, MA 201 CMR 17.00) and is designed to (a) ensure the security, privacy and confidentiality of Client and Class Member Information, (b) protect against any reasonably anticipated threats or hazards to the security or integrity of Client or Class Member Information, and (c) protect against unauthorized access to, use, deletion, or modification of Class Member Information. Simpluris has designated specific employees to be responsible for the administration of its Information Security Program. Also, Simpluris regularly and routinely monitors, tests, and updates our Information Security Program.

Simpluris uses Client and Class Member Information only for the purposes for which its' clients provide it, as described in any Agreements or Court Orders governing the provision of Simpluris' services in any particular case. Simpluris maintains a process for identifying, assessing, and mitigating the risks to Class Member Information in each relevant area of Simpluris' operations. At Simpluris, we continuously evaluate the effectiveness of the safeguards for controlling these risks to data and bank accounts. Simpluris restricts access to Class Member Information only to those employees, agents, or subcontractors who need to know the information to perform their jobs. Simpluris performs background checks of all its employees that will have access to Sensitive Personal Information, including a review of their references, employment eligibility, education, and criminal history to ensure they do not pose a risk to the security of Client or Class Member Information.

Simpluris adheres to the following industry best practices to safeguard its systems which process, store or transmit Client and Class Member Information:

- Identity and Access Management;
- Complex passwords are routinely and regularly changed;
- Role-based access control systems to limit individual employee access to network applications and systems based on their particular job role and function;
- Data Loss Prevention and Intrusion Prevention System software at multiple layers to prevent from internal and external threats of data leaks, malicious activity, and policy violations
- Encryption of Class Member Information if transmitted over public or wireless networks (e.g., via email, FTP, the Internet, etc.);
- Implementation of a Secure File Transfer system (using SSL encryption) for transmitting documents back and forth to clients;
- Encryption of servers, portable media, laptops, desktops, smartphones, mobile devices, and new technologies that store Class Member Information;
- Complex password authentication for remote access to Company's networks;
- Upon hire and annually after that, training of all employees with access to Class Member Information, (including any agents, and subcontractors with access to Class Member Information) about their obligations to implement the Information Security Program;
- Strict disciplinary measures for employees who violate the Information Security Program;
- Preventing terminated employees from accessing Class Member Information;
- Appropriately configured and updated firewall, antivirus, and spyware software;
- Prompt application of vendor-recommended security patches and updates to systems and other applications to avoid any adverse impact on Class Member Information;
- Separation of Duties;
- Infrastructure and Physical Security;
- Business Continuity Planning;
- Disaster Recovery Planning

# EXHIBIT C



October 16, 2023

Reference No. 20230829-PJI-02

Leeanna Carcione
The Markham Law Firm
888 Prospect Street, Suite 200
La Jolla, CA 92037

**RE:** *Stewart, et al. v. Del Monte Foods, Inc.*

Dear Leeanna,

Thank you for this opportunity to provide an updated quote for your above-captioned settlement. After accounting for translation of the notice to Spanish and mailing both language versions of the notice, Simpluris' total estimated cost is $35,576. As a courtesy, we are offering a $4,306 discount, for a discounted total of $31,270.

Please let me know if you have questions. I look forward to this opportunity to work together.

Sincerely yours,

**PATRICK J. IVIE**
Chief Revenue Officer

m: 310-995-6455
o: 714-975-5260
e: pivie@simpluris.com



3194-C Airport Loop Drive
Costa Mesa, CA 92626
800-779-2104
www.simpluris.com

| | | | |
|---|---|---|---|
| Estimate Number: | 20230829-PJI-02 | Prepared By: | Patrick J. Ivie |
| Estimate Date: | 10/16/2023 | Telephone Number (mobile): | 310.995.6455 |
| Estimate Expiration Date: | 1/14/2024 | Email: | pivie@simpluris.com |

|  | Attorney Contact | | Opposing Counsel Contact |
|---|---|---|---|
| Attorney: | **Leeanna Carcione** | Attorney: | |
| Firm: | The Markham Law Firm | Firm: | |
| Email: | lcarcione@markham-law.com | Email: | |

Case Name:  **Stewart, et al. v. Del Monte Foods, Inc. - Opt Out Settlement**
US District Court, Northern District of CA, Case No. 3:22-CV-04919

## Assumptions

**In addition to the assumptions enumerated below, this estimate assumes that**
(1) Simpluris will receive data in a single, complete file; (2) there will be no substantial change to class size or in response rate; (3) administration costs will be paid from the QSF, and (4) Simpluris will submit revisions to this estimate to account for any material changes to scope.

| | | | |
|---|---|---|---|
| Anticipated Class Size: | 4,700 | Undeliverable Rate: | 10% |
| Claims Rate: | N/A | Mail Skip Trace Success Rate: | 85% |
| Opt-out Rate: | 1% | Call Rate: | 3% |
| Language(s) for Communication | EN/SP | Average Call Length: | 4 Minutes |
| Reminder Mailing: | N/A | Fund Distribution: | Simpluris |
| Unclaimed Funds: | Escheat | Number of Distributions: | 1 |
| State(s): | CA | Tax Year(s): | 1 |
| Length of Administration: | 9 Months | Fund: | $2,000,000 |

## Case Setup

- Static class website hosting notice, FAQ, and other class documents
- Data compilation: develop case-specific response tracking

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Project Manager - Case Setup | $125.00 | 3 | $375.00 |
| Static Case Website | $450.00 | 1 | $450.00 |
| Website Monthly Maintenance | $100.00 | 9 Months | $900.00 |
| Database Manager - Initial Data Analysis | $140.00 | 3 | $420.00 |
| | | **Total:** | **$2,145.00** |

## Notice and Communications

- 5-page class Notice, sent by US postal mail in English and Spanish language versions

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Spanish Translation assuming 4,000 words | $0.25 | 4,000 | $1,000.00 |
| Bilingual Notice Packet assuming 10 images | $2.50 | 4,700 | $11,750.00 |
| Postage | $0.57 | 4,700 | $2,679.00 |
| NCOA/CASS/LACS | $0.25 | 4,700 | $1,175.00 |
| Undeliverable Processing and Skip Trace | $0.50 | 470 | $235.00 |
| Remail Notice (assuming 85% skip trace success) | $2.50 | 400 | $998.75 |
| Remail Postage | $0.62 | 400 | $247.69 |
| Mailing Supervisor | $50.00 | 2 | $100.00 |
| | | **Total:** | **$18,185.44** |

## Contact Center

- Establish case-specific toll-free number and 24/7 IVR
- Assuming 4-minute calls

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| IVR Call Center Setup | $450.00 | 1 | $450.00 |
| IVR Monthly Maintenance | $100.00 | 9 Months | $900.00 |
| IVR (includes toll-free number charges) | $15.00 | 10 | $150.00 |
| | | **Subtotal** | **$1,500.00** |

Confidential and Proprietary

## Administration

- Process incoming class and counsel communications, opt-outs, and objections

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Database Manager | $140.00 | 4 | $560.00 |
| Project Manager | $125.00 | 4 | $500.00 |
| Opt-out Processing | $3.50 | 47 | $164.50 |
| Reporting to Counsel (hours) | $100.00 | 4 | $400.00 |
| | | **Total:** | **$1,624.50** |

## Award Disbursement

- Establish 26 CFR § 1.468B-1 compliant Qualified Settlement Fund ("QSF")
- Disburse award payments and tax documents
- Conduct regular and annual IRS-mandated QSF reporting and reconciliation (one per calendar year)
- Complete all required filings with state and federal tax authorities

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Disbursement Data Preparation | $140.00 | 3 | $420.00 |
| Disbursement Manager - Data Validation | $90.00 | 3 | $270.00 |
| Setup Banking Account/QSF | $675.00 | 1 | $675.00 |
| QSF Monthly Reconciliation and Maintenance | $100.00 | 9 | $900.00 |
| Print & Mail Distribution Check and Tax Docs | $0.65 | 4,700 | $3,055.00 |
| Postage | $0.57 | 4,700 | $2,679.00 |
| Process Returned Checks (assuming 5%) | $0.25 | 235 | $58.75 |
| Skip Trace Search Undeliverable Checks | $0.50 | 235 | $117.50 |
| Remail Checks (includes postage) | $1.60 | 235 | $376.00 |
| Escheat Uncashed Checks | $500.00 | 1 | $500.00 |
| QSF Reporting and Final Declaration | $500.00 | 1 | $500.00 |
| QSF Annual Tax Reporting and Reconciliation | $1,350.00 | 1 | $1,350.00 |
| Distribution Manager | $90.00 | 3 | $270.00 |
| | | **Total:** | **$11,171.25** |

## Case Completion

- Final audit and review
- Send final declaration and reporting to counsel

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Data Manager-Final Reporting | $125.00 | 3 | $375.00 |
| Clerical-Clean Up Any Misc. | $50.00 | 4 | $200.00 |
| Project Manager-Wrap-up Final Issues | $125.00 | 3 | $375.00 |
| | | **Total:** | **$950.00** |

| | |
|---|---|
| **Total Estimated Cost of Administration:** | **$35,576** |
| **Less Client Courtesy Discount:** | **-$4,306** |
| **Total Administration Cost, with Discount:** | **$31,270** |

# Terms and Conditions

All administration services to be provided by Simpluris to Client, are provided subject to the following terms and conditions ("Agreement"):

**1. Services**: Simpluris agrees to provide Client those services set forth in the Proposal (the "Services") to which these terms and conditions are attached and which has been provided to Client. As compensation for such Services, Client agrees to pay the fees for Services outlined in the Proposal. Simpluris will often take direction from Client's representatives, employees, agents and or professionals (collectively, the "Client Parties") with respect to the Services. The parties agree that Simpluris may rely upon, and Client agrees to be bound by, any direction, advice or information provided by the Client Parties to the same extent as if provided by Client. Client agrees and understands that Simpluris shall not provide Client or any other party with any legal advice.

**2. Fee Estimates Not Binding:** Simpluris and Client acknowledge that it is difficult to determine all necessary work required for the Services or the total amount of fees that may be incurred in performing the Services. Client agrees that fees for Services described in the Proposal are estimated based on the requirements provided by Client. Actual fees charged by Simpluris may be greater or less than such estimate. Client specifically agrees that it will be responsible for the payment of all such fees. Simpluris will provide estimates and budgets, but they are not intended to be binding; are subject to unforeseen circumstances, and by their nature are inexact.

**3. Billing and Payment**: Simpluris will invoice Client on a regular basis unless a specific timeframe is otherwise set forth in the Proposal. Client shall pay all invoices within 30 days of receipt. Amounts unpaid after thirty (30) days are subject to a service charge at the rate of 1.5% per month or, if less, the highest rate permitted by law. Services are not provided on a contingency basis and Client shall remain liable to Simpluris for all fees incurred by Simpluris in performing the Services, regardless of any circumstance that impacts the outcome of Client's matter, including but not limited to, court decisions, actions by the parties, or a failure to consummate a settlement.

**4. Further Assurances:** Client agrees that it will use its best efforts to include provisions reasonably acceptable to Simpluris in any relevant court order, settlement agreement or similar document that provide for the payment of Simpluris' fees and expenses hereunder. No agreement to which Simpluris is not a party shall reduce or limit the full and prompt payment of Simpluris' fees and expenses as set forth herein and in the Proposal.

**5. Rights of Ownership**: The parties understand that the software programs and other materials furnished Simpluris to Client and/or developed during the course of the performance of Services are the sole property of Simpluris. The term "program" shall include, without limitation, data processing programs, specifications, applications, routines, and documentation. Client agrees not to copy or permit others to copy the source code from the support software or any other programs or materials furnished to Client. Fees and expenses paid by Client do not vest in Client any rights in such property, it being understood that such property is only being made available for Client's use during and in connection with the Services provided by Simpluris.

**6. Bank Accounts:** Simpluris will establish a demand deposit checking account (i.e. non-interest bearing) for funds received related to a distribution, unless directed otherwise in writing by the parties or unless the settlement agreement stipulates otherwise. Simpluris may derive financial benefits from financial institutions in connection with the deposit and investment of settlement funds with such institutions, including without limitation, discounts on eligible banking services and fees, and compensation for services Simpluris performs for financial institutions to be eligible for FDIC deposit insurance. The amounts held pursuant to these Terms and Conditions are at the sole risk of Client and, without limiting the generality of the foregoing, Simpluris shall have no responsibility or liability for any diminution of the fund that may result from any deposit made with a financial institution including any losses resulting from a default by such institution or other credit losses. It is acknowledged and agreed that Simpluris will have acted prudently in depositing the fund at such institution.

**7. Retention of Documents & Data**: Unless otherwise required in writing by the Client or court orders, all returned/undeliverable physical documents will be securely shredded after the data has been confirmed uploaded to our systems.  Simpluris will retain bank and tax documents for such period of time as it determines is required to maintain compliance with various federal and state law requirements. Unless otherwise required in writing by the Client or court orders, Simpluris will adhere to the Company's data deletion policies and will destroy all remaining project-related information from our systems three (3) years after the conclusion of the project. Storage beyond three (3) years is available upon request and will be billed as incurred.

**8. Limitation of Liability; Disclaimer of Warranties**: Simpluris warrants that it will perform the Services diligently, with competence and reasonable care.  In no event will Simpluris be liable to Client or any third party for any claims, losses, costs, penalties, fines, judgments, tax activities, lost profits or business opportunities, business interruptions or delay, special, exemplary, punitive, consequential, indirect or incidental damages relating to the performance of the Services, regardless of whether Client's claim is for breach of contract, tort (including negligence and strict liability) or otherwise, regardless of whether such damage was foreseeable and whether such party has been advised of the possibility of such damages.  Simpluris' cumulative liability for damages to Client hereunder will be limited to the total fees charged or chargeable to Client for the particular portion of the Services affected by Simpluris' omission or error. THE WARRANTIES SET FORTH IN THIS SECTION ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE.

**9. Force Majeure:** To the extent performance by Simpluris of any of its obligations hereunder is substantially prevented or delayed by reason of any act of God, flood, fire, earthquake or explosion, war, terrorism, invasion, riot or other civil unrest, embargoes or blockades in effect on or after the date



that Simpluris began performing Services, epidemic, pandemic, quarantine, civil commotion, national or regional emergency, strikes, labor stoppages or slowdowns or other industrial disturbances, passage of Law or any action taken by a governmental or public authority, including imposing an export or import restriction, quota, or other restriction or prohibition or any complete or partial government shutdown, or national or regional shortage of adequate power or telecommunications or transportation or because of any other matter beyond Simpluris' reasonable control, then Simpluris' performance shall be excused and this Agreement, at Simpluris' option, be deemed suspended during the continuation of such condition and for a reasonable time thereafter.

**10. Rights in Data**: Client agrees that it will not obtain, nor does Simpluris convey, any rights of ownership in the programs, system data, or materials provided or used by Simpluris in the performance of the Services.

**11. Electronic Communications**: During the provision of the Services, the parties may wish to communicate electronically with each other at a business e-mail address. However, the electronic transmission of information cannot be guaranteed to be secure or error free and such information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete or otherwise be adversely affected or unsafe to use. Accordingly, each party agrees to use commercially reasonable procedures to check for the then most commonly known viruses and to check the integrity of data before sending information to the other electronically, but each party recognizes that such procedures cannot be a guarantee that transmissions will be virus free. It remains the responsibility of the party receiving an electronic communication from the other to carry out a virus check on any attachments before launching any documents whether received on disk or otherwise.

**12. Notice**: Any notice required or permitted hereunder shall be in writing and shall be delivered personally, by, or sent by registered mail, postage prepaid, or overnight courier to the address identified by each Party in the Proposal. Notice shall be deemed given when so delivered personally, or, if mailed, five days after the date of deposit in United States mail, or, if sent by courier, one business day after delivery to such courier service. Notice should be addressed to an officer or principal of Client and Simpluris, as the case may be.

**13. Waiver:** Failure or delay on the part of a party to exercise any right, power or privilege hereunder shall not operate as a waiver thereof or any of other subject, right, power or privilege.

**14. Termination:** Client may terminate the Services at any time upon 30 days prior written notice to Simpluris. Termination of Services shall in no event relieve Client of its obligation make any payments due and payable to Simpluris for Services rendered up to the effective date of Termination. Simpluris may terminate this Agreement (i) for any reason upon no less than 60 days prior written notice to the Client; or (ii) upon 15 calendar days' prior written notice if the Client is not current in payment of fees.

**15. Jurisdiction:** These Terms and Conditions will be governed by and construed in accordance with the laws of the state of California, without giving effect to any choice of law principles.

**16. Survival:** Any remedies for breach of this Agreement, this Section and the following Sections will survive any expiration or termination of this Agreement: Section 4 - Limitation of Liability; Disclaimer of Warranties, Section 6 – Rights in Data, and Section 12- Jurisdiction, 14 -Confidentiality, and Section 15 – Indemnification.

**17. Confidentiality**: Simpluris maintains reasonable and appropriate safeguards to protect the confidentiality and security of data provided by Client to Simpluris in connection with the Services. If, pursuant to a court order or other proceeding, a third-party requests that Simpluris to disclose any confidential data provided by or for Client, Simpluris will promptly notify the Client unless prohibited by applicable law. Client will then have the option to provide Simpluris with qualified legal representation at Client's expense to defend against such request. If, pursuant to a court order, Simpluris is required to disclose data, produce documents, or otherwise act in contravention of the obligation to maintain confidentiality set forth in these terms and conditions, Simpluris will not be liable for breach of said obligation.

**18. Indemnification**: Client will indemnify and hold Simpluris (and the officers, employees, affiliates and agents) harmless against any losses whatsoever incurred by Simpluris, arising out of any action by a third party, including governmental agencies, in connection with , or related to (i) any breach of the terms by Client; (ii) the processing and handling of any payment by Simpluris in accordance with Client's instructions, including without limitation, the imposition of any stop payment or void payment on any check or the wrongful dishonor of a check by Simpluris pursuant to Client's instructions.

**19. Severability**: If any term or condition or provisions of this Agreement shall be held to be invalid, illegal, unenforceable or in conflict with the law of any jurisdiction, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

**20. Database Administration:** Simpluris' database administration for Client assumes that Client will provide complete data that includes all information required to send notifications and calculate and mail settlement payments. Data must be provided in a complete, consistent, standardized electronic format. Simpluris' standardized format is Microsoft Excel, however, Simpluris may accept other formats at its discretion. Further developments or enhancements to non-standardized data will be billed to Client by Simpluris on a time and materials basis according to Simpluris' Standard Rates.

**21. Entire Agreement**: These Terms and Conditions together with the Proposal constitutes the entire agreement between the parties with respect of the subject matter hereof and supersede all prior understandings, agreements, or representations by or among the parties, written or oral, to the extent they relate in any way to the subject matter hereof.

