**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK STEWART, an individual, JAVONTE WILLIAMS, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEL MONTE FOODS, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | **Case No. 3:22-CV-04919-RMI**<br><br>[PROPOSED] **ORDER GRANTING PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT**<br><br>Complaint Filed: August 29, 2022<br>FAC Filed:       November 3, 2022<br>Trial Date:       February 3, 2025<br>Magistrate Judge: Hon. Robert M. Illman |

1. The Joint Stipulation of Class and PAGA Settlement Agreement and Class Notice ("Settlement Agreement"), a copy of which is attached to the Declaration of David Markham in support of Plaintiffs' Motion for Preliminary Approval of Class and Representative Action Settlement as Exhibit "1", came before this Court on January 16, 2024.  The Court, having considered the papers submitted in support of the motion of the parties, **HEREBY ORDERS THE FOLLOWING:**

1. The Court grants preliminary approval of the Settlement Agreement and the Settlement Class based upon the terms set forth in the Settlement Agreement filed herewith.  The Court preliminarily finds that the Settlement is fair, adequate, and reasonable to the Class when balanced against the possible risks of further litigation, including issues relating to class certification, liability, calculating damages, and potential appeals. The Court finds that: (a) significant investigation, research, and litigation have been conducted, such that the Parties are able to fairly evaluate their respective positions; (b) settlement at this time will avoid the substantial cost, delay and risk presented by further litigation of the action; (c) the Agreement resulted from extensive, informed, non-collusive arm's length negotiations by experienced counsel with the assistance of a reputable mediator; and (d) the Agreement is sufficient to warrant notice of the Settlement to persons in the Settlement Class and a full hearing on the final approval of the Settlement.

2. The Court conditionally certifies and approves, for settlement purposes only, the following Settlement Class as set forth in the Settlement Agreement:

> All current or former non-exempt production persons employed by Defendant in California during the Class Period, who do not opt out of the Settlement.

3. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

4. The Court makes the following preliminary findings for settlement purposes only:

    A. The Settlement Class, which consists of a few thousand persons, is so numerous that joinder of all members is impracticable;

    B. There appear to be questions of law or fact common to the Settlement Class for purposes of determining whether this Settlement should be approved;

1

*Stewart et al v. Del Monte Foods, Inc.,* Case No. 3:22-CV-04919-RMI
[Proposed] Order Granting Preliminary Approval of Class and Representative Action Settlement

     C. Plaintiffs' claims appear to be typical of the claims being resolved through the proposed settlement;

     D. Plaintiffs appear to be capable of fairly and adequately protecting the interests of the Settlement Class Members in connection with the proposed settlement;

     E. Common questions of law and fact appear to predominate over questions affecting only individual persons in the Settlement Class. Accordingly, the Settlement Class appears to be sufficiently cohesive to warrant settlement by representation; and

     F. Certification of the Settlement Class appears to be superior to other available methods for the fair and efficient resolution of the claims of the Settlement Class.

5. The Court approves, as to form and content, the Notice to Class Members in substantially the form attached to the Settlement Agreement as Exhibit A.

6. The Court approves the procedure for Settlement Class Members to request exclusion from the Settlement as set forth in the Notice to Class Members.

7. The Court approves the procedure for Settlement Class Members to object to the Settlement as set forth in the Class Notice to Class Members.

8. The Court directs the mailing of the Notice to Class Members by U.S. first class mail to the Settlement Class Members in accordance with the Implementation Schedule set forth below. The Court finds that the dates selected for the mailing and distribution of the Notice to Class Members, as set forth in the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

9. The Court confirms The Markham Law Firm and United Employees Law Group as Class Counsel.

10. The Court confirms DEREK STEWART and JAVONTE WILLIAMS as the Class Representatives.

11. The Court approves Simpluris, Inc. as the Settlement Administrator.

12. The Court orders that pursuant to the California Private Attorneys General Act, Labor

2

*Stewart et al v. Del Monte Foods, Inc.,* Case No. 3:22-CV-04919-RMI
[Proposed] Order Granting Preliminary Approval of Class and Representative Action Settlement

1  Code §§ 2698, et seq. ("PAGA"), statutory notice of this Settlement has been and will continue to be
2  given to the Labor & Workforce Development Agency.

3     13.    The Court orders the following Implementation Schedule for further proceedings:

| a. | Preliminary Approval | January 16, 2024 |
|---|---|---|
| b. | Plaintiffs to File Second Amended Complaint | Within two (2) business days of Preliminary Approval (by January 18, 2024) |
| c. | Deadline for Defendant to Provide Class Information to Settlement Administrator. | Within thirty (30) calendar days from Preliminary Approval (by February 15, 2024) |
| d. | Deadline to Mail Notice to Class Members | Within fourteen (14) calendar days from Class Administrator's receipt of Class Information (by February 29, 2024) |
| e. | Deadline for Class Members to Postmark, Fax and/or Email any Request for Exclusion | 45 calendar days from mailing of Notice (judged by postmark / timestamp date), unless extended by re-mailing (by April 15, 2024) |
| f. | Deadline for Class Members to File Any Objection | 45 calendar days from mailing of Notice, unless extended by re-mailing (by April 15, 2024) |
| g. | Deadline for Class Counsel to file Motion for Final Approval of Class Settlement | (by April 22, 2024) |

| h. | Deadline for Class Counsel to file Motion for Class Counsel Fees Payment, Class Counsel Litigation Expenses Payment, and Class Representatives Service Payments | at least thirty-five (35) calendar days before Class Members' deadline to file an objection to the Settlement expires (by March 8, 2024) |
|---|---|---|
| h. | Deadline for Class Counsel and/or Defendant's Counsel to file a response to any objection | No later than five (5) court days before the Final Approval Hearing (by May 20, 2024). |
| i. | Final Approval Hearing | May 28, 2024 at 11:00 a.m. |

15. IT IS FURTHER ORDERED that if the Court does not execute and file an Order of Final Approval and Judgment, or if the Effective Date of Settlement, as defined in the Settlement Agreement, does not occur for any reason, the Settlement Agreement and the proposed Settlement that is the subject of this Order shall become null, void, unenforceable and inadmissible in any judicial, administrative or arbitral proceeding for any purpose, and all evidence, court orders and proceedings had in connection therewith, shall be without prejudice to the status quo ante rights of the Parties to the litigation, as more specifically set forth in the Settlement Agreement.

16. IT IS FURTHER ORDERED that, pending further Order of this Court, all proceedings in this matter except those contemplated herein and in the Settlement Agreement are hereby stayed.

17. The Court expressly reserves the right to adjourn or continue the Final Fairness Hearing from time to time without further notice to members of the Settlement Class.

DATED: January 16, 2024                     _____
                                            Hon. Robert M. Illman
                                            United States Magistrate Judge