1  **THE MARKHAM LAW FIRM**
David R. Markham (SBN 71814)
2  dmarkham@markham-law.com
Lisa R. Brevard (SBN 323391)
3  lbrevard@markham-law.com
4  888 Prospect Street, Suite 200
La Jolla, CA 92037
5  Telephone: (619) 399-3995/Facsimile: (619) 323-1684

6  **COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
7  ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
8  msinger@ckslaw.com
9  Maggie K. Realin (SBN 263639)
mrealin@ckslaw.com
10  605 C Street, Suite 200
San Diego, CA 92101
11  Telephone: (619) 595-3001/Facsimile: (619) 595-3000

12  **UNITED EMPLOYEES LAW GROUP**
Walter L. Haines (SBN 71075)
13  whaines@uelglaw.com
14  8605 Santa Monica Blvd., #63354
West Hollywood, CA 90069
15  Telephone: (562) 256-1047/Facsimile: (562) 256-1006

16  *Attorneys for Plaintiffs*

17              **UNITED STATES DISTRICT COURT**
18              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19  DEREK STEWART, an individual, JAVONTE WILLIAMS, an individual, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>DEL MONTE FOODS, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>            Defendant. | **Case No.: 1:22-CV-04919-RMI**<br>**CLASS, COLLECTIVE AND PAGA REPRESENTATIVE ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL ORDER AND JUDGMENT APPROVING CLASS AND REPRESENTATIVE ACTION SETTLEMENT**<br><br>Date:             May 28, 2024<br>Time:             11:00 a.m.<br>Magistrate Judge:  Hon. Robert M. Illman |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 28, 2024, at 11 a.m., or as soon thereafter as the matter may be heard in Courtroom 10 of the United States District Court for the Northern District of California, located at the Eureka-McKinleyville Federal Courthouse, 3140 Boeing Avenue, McKinleyville, CA 95519, before the Honorable Robert M. Illman, pursuant to Fed. R. Civ. P. 23(e) and (g), Plaintiffs Derek Stewart and Javonte Williams, on behalf of themselves and a conditionally certified Settlement Class, defined as "All current and former non-exempt production personnel of Del Monte, Inc. ("Defendant" or "Del Monte") in California between August 29, 2018 and November 26, 2023," will move for final judgment and order approving the class and representative action settlement.

This Motion shall be based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the declarations of Plaintiffs and Plaintiffs' counsel submitted in support of Plaintiffs' motion for attorneys' fees and costs and Class Representatives' Service Payments, filed on March 25, 2024 (Dkt. No. 58), the supplemental declaration of David R. Markham and the supplemental declarations of the Settlement Administrator, the proposed order, and upon such further evidence, both documentary and oral, as may be presented at the hearing of this motion.

This Motion will be heard concurrently with Plaintiffs' motion for approval of attorneys' fees and costs and Plaintiffs' service awards, filed on March 25, 2024, and by these Motions, Plaintiffs will seek that the Court:

(a) determine whether the proposed Settlement should be finally approved by the Court as fair, reasonable and adequate;

(b) determine the reasonableness of Class Counsel's request for attorneys' fees and costs;

(c) determine the reasonableness of the Class Representatives' Service Payments requested for the Class Representatives;

(d) order entry of Judgment in the Class and Representative Action Settlement, which shall constitute a complete release and bar with respect to the Released Class, FLSA and PAGA Claims as described in paragraphs 5.2 ("Release by Participating Class Members"), 5.3 ("Release by Participating FLSA Members") and 5.4 ("Release of PAGA Claims") of the

1

*Stewart et al. v. Del Monte Foods, Inc.*, Case No. 1:22-cv-04919-RMI
Plaintiffs' Notice of Motion and Motion for Final Order and Judgment Approving Class and Representative Action Settlement

Joint Stipulation of Class and PAGA Settlement Agreement and Class Notice. Dkt. No. 44-2, pp. 18-52.

Respectfully submitted,

**THE MARKHAM LAW FIRM**

Dated: April 22, 2024

By: /s/ David R. Markham
David R. Markham
Lisa Brevard
Attorneys for Plaintiffs

**COHELAN KHOURY & SINGER**
Isam Khoury
Michael D. Singer
Maggie Realin

2

*Stewart et al. v. Del Monte Foods, Inc.,* Case No. 1:22-cv-04919-RMI
Plaintiffs' Notice of Motion and Motion for Final Order and Judgment Approving Class and Representative Action Settlement