1  David R. Markham (SBN 071814)
   dmarkham@markham-law.com
2  Lisa Brevard (SBN 323391)
   lbrevard@markham-law.com
3  **THE MARKHAM LAW FIRM**
4  888 Prospect St., Suite 200
   La Jolla, California 92037
5  Tel.: (619) 399-3995 / Fax: (619) 323-1684

6
   Isam C. Khoury (SBN 58759)
7  ikhoury@ckslaw.com
   Michael D. Singer (SBN 115301)
8  msinger@ckslaw.com
   Maggie K. Realin (SBN 263639)
9  mrealin@ckslaw.com
10 **COHELAN KHOURY & SINGER**
   605 C Street, Suite 200
11 San Diego, CA 92101
   Telephone: (619) 595-3001/Fax: (619) 595-3000
12

13 Attorneys for Plaintiffs

14

15 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

16

17

18

19 | DEREK STEWART, an individual, JAVONTE WILLIAMS, an individual, on behalf of themselves and all others similarly situated, | **Case No. 3:22-CV-04919-RMI** |
|---|---|
| | **CLASS ACTION** |
| Plaintiffs, | **Hon. Robert M. Illman** |
| v. | **SUPPLEMENTAL DECLARATION OF MARY BUTLER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION** |
| DEL MONTE FOODS, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | **Date:  May 28, 2024** **Time: 11:00 a.m.** |

## **DECLARATION OF MARY BUTLER**

I, MARY BUTLER, declare the following facts to be true and correct and if called as a witness would testify competently to the same:

1. I am employed as a Senior Project Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action. My business address is 3194-C Airport Loop Drive, Costa Mesa, CA 92626. My telephone number is (714) 640-5607. I am over 21 years of age and authorized to make this declaration on behalf of Simpluris and myself.

2. Simpluris is a class action Settlement Administration Company headquartered in Costa Mesa, California. It was founded by individuals who have each managed thousands of Settlements along with professionals in the areas of software development, third-party claims administration, mail-house operations and call center support management.

3. Simpluris is providing updated information in supplement to the March 21, 2024, Declaration of Mary Butler Regarding Notice and Settlement Administration.

4. On March 15, 2024, Notice Packets were mailed via First Class Mail to 4,952 Class Members contained in the Class List. As of this date, two hundred five (205) Notice Packets were returned by the post office. For those without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) on all of these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name, previous address and Social Security number to locate a more current address. One hundred sixty-eight (168) Notice Packets were re-mailed to either a newfound address, with forwarding addresses provided by the United States Postal Service or at the request of the Class Member. As of the date of this declaration, thirty-seven (37) Notice Packets are undeliverable.

5. The deadline for Class Members to submit a Request for Exclusion, Object to the Settlement or Dispute is April 29, 2024.

6. As of this date, there are 4,952 Participating Class Members (who worked 303,163 workweeks) who will be paid their portion of the Net Settlement Amount, estimated to be

$1,148,469.89. As of this date, the highest Settlement Share to be paid is approximately $962.23 and the average Settlement Share to be paid is approximately $231.92. These amounts are not final since timely responses can be received several days after the April 29, 2024, postmark deadline.

7. As of this date, Simpluris has not received a Request for Exclusion from a Class Member.

8. As of this date, Simpluris has not received any Objections to the Settlement, the requested attorneys' fees and costs or the Class Representatives' service payments from a Class Member.

9. As of this date, Simpluris has not received any Disputes regarding the number of Class Period Workweeks, FLSA Workweeks, and PAGA Period Workweeks from a Class Member.

10. On March 25, 2024, I received the fee motion from Plaintiffs' counsel and Simpluris posted the motion on the settlement website that day.

11. Prior to the hearing on the Motion for Final Approval of the Settlement, I will provide a supplemental declaration with updated reporting following the close of the opt-out period.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 17th day of April 2024, at Frisco, TX.

_____
Mary Butler