David R. Markham (SBN 071814)
dmarkham@markham-law.com
Lisa Brevard (SBN 323391)
lbrevard@markham-law.com
**THE MARKHAM LAW FIRM**
888 Prospect St., Suite 200
La Jolla, California 92037
Tel.: (619) 399-3995 / Fax: (619) 323-1684

Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
Maggie K. Realin (SBN 263639)
mrealin@ckslaw.com
**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001/Fax: (619) 595-3000

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK STEWART, an individual, JAVONTE WILLIAMS, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DEL MONTE FOODS, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.  1:22-CV-04919-RMI<br><br>**CLASS ACTION**<br><br>**Hon. Robert M. Illman**<br><br>**SUPPLEMENTAL DECLARATION OF MARY BUTLER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION**<br><br>Date:  May 28, 2024<br>Time: 11:00 a.m. |

**DECLARATION OF MARY BUTLER**

I, MARY BUTLER, declare the following facts to be true and correct and if called as a witness would testify competently to the same:

1. I am employed as a Senior Project Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action. My business address is 3194-C Airport Loop Drive, Costa Mesa, CA 92626. My telephone number is (714) 640-5607. I am over 21 years of age and authorized to make this declaration on behalf of Simpluris and myself.

2. Simpluris is a class action Settlement Administration Company headquartered in Costa Mesa, California. It was founded by individuals who have each managed thousands of Settlements along with professionals in the areas of software development, third-party claims administration, mail-house operations and call center support management.

3. Simpluris is providing updated information in supplement to my prior declarations dated March 21, 2024 and April 17, 2024.

4. On March 15, 2024, Notice Packets were mailed via First Class Mail to 4,952 Class Members contained in the Class List. As of this date, two hundred twenty-two (222) Notice Packets were returned by the post office. For those without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) on all of these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name, previous address and Social Security number to locate a more current address. One hundred eighty-four (184) Notice Packets were re-mailed to either a newfound address, with forwarding addresses provided by the United States Postal Service or at the request of the Class Member. As of the date of this declaration, thirty-eight (38) Notice Packets are undeliverable.

5. The deadline for Class Members to submit a Request for Exclusion, Object to the Settlement or Dispute was April 29, 2024. Class Members to whom the Administrator resends Notice Packets after having been returned undeliverable had until May 13, 2024, to submit a Request for Exclusion, Object to the Settlement or Dispute.

6.  As of this date, there are 4,950 Participating Class Members (who worked 302,830 workweeks) who will be paid their portion of the Net Settlement Amount, estimated to be $1,148,469.89. As of this date, the highest Settlement Share to be paid is approximately $963.28 and the average Settlement Share to be paid is approximately $232.01.

7.  As of this date, Simpluris received two (2) Request for Exclusions from Class Members.

8.  As of this date, Simpluris has not received any Objections to the Settlement, the requested attorneys' fees and costs or the Class Representatives' service payments from a Class Member.

9.  As of this date, Simpluris has not received any Disputes regarding the number of Class Period Workweeks, FLSA Workweeks, and PAGA Period Workweeks from a Class Member.

10. Following the expiration of the 180-day check cashing period, Simpluris will provide a supplemental declaration regarding the status of uncashed funds and distribution to the Controller of the State of California to be held pursuant to the Unclaimed Property Law for the benefit of class members who did not cash their checks, subject to the Court's approval.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of May 2024, at Frisco, TX.

_____
Mary Butler