UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEREK STEWART, et al.,

   Plaintiffs,

  v.

DEL MONTE FOODS, INC.,

   Defendant.

Case No.22-cv-04919-RMI

**JUDGMENT**

  On March 27, 2025, an administrative declaration (dkt. 64) regarding the final accounting in this matter was filed.  Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment on the basis of that declaration.  The Clerk of Court shall close the file in this matter.

  **IT IS SO ORDERED.**

Dated: May 27, 2025

_____

ROBERT M. ILLMAN
United States Magistrate Judge